# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>GREG OPINSKI CONSTRUCTION, INC., et al.,<br><br>　　　　　Defendants. | Case No.  1:19-cv-01308-NONE-SAB<br><br>ORDER DISREGARDING MOTIONS TO COMPEL<br><br>(ECF Nos. 13, 14) |

On June 29, 2020, the parties filed a stipulation to modify the scheduling order in this action. On July 1, 2020, Travelers Property Casualty Company of America ("Plaintiff") filed two motions to compel. On July 2, 2020, an order issued granting the stipulation to modify the scheduling order. On July 10, 2020, Plaintiff filed a withdrawal of the motions to compel due to the stipulation to amend the scheduling order being granted.

Accordingly, Plaintiff's motions to compel (ECF Nos. 13, 14) are HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated: __**July 13, 2020**__　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1