THE AGUILERA LAW GROUP, APLC
A. Eric Aguilera (SBN 192390)
eaguilera@aguileragroup.com
Lindsee Falcone (SBN 268072)
lfalcone@aguileragroup.com
V. René Daley (SBN 199914)
rdaley@aguileragroup.com
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601

Attorneys for Plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GREG OPINSKI CONSTRUCTION, INC., a California Corporation, BAMBACIGNO STEEL COMPANY, a California Corporation and DOES 1 through 10 inclusive,<br><br>    Defendants. | No.: 1:19-CV-01308-NONE-SAB<br><br>Complaint Filed: September 18, 2019<br><br>**STIPULATED FINAL JUDGMENT** |

---

**STIPULATED FINAL JUDGMENT**

## STIPULATED FINAL JUDGMENT

Plaintiff Travelers Property Casualty Company of America ("Travelers") filed this action for declaratory relief (under 28 U.S.C. § 1332) and for equitable reimbursement under California state law against defendants Bambacigno Steel Company ("Bambacigno") and Greg Opinski Construction, Inc. ("Opinski"). Travelers, Bambacigno, and Opinski have settled the action and have stipulated to entry of final judgment without adjudication of any issue of fact or law and without judgment constituting any evidence against or admission by any of the them with respect to any matter at issue in this action.

**THEREFORE**, before the taking of any testimony and without trial or adjudication of any fact or law herein and upon consent of Travelers, Bambacigno, and Opinski, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. This Court has jurisdiction of the action and over Travelers, Bambacigno, and Opinski.

2. Travelers' complaint states a claim for declaratory relief under 28 U.S.C. § 1332 and for equitable reimbursement under California state law upon which relief may be granted against Bambacigno and Opinski.

3. Judgment is entered on Travelers' first cause of action for declaratory relief and a declaration is hereby made that Travelers owes no duty to defend Bambacigno in the action entitled *Greg Opinski Construction, Inc. v. Bambacigno Steel Co., Inc.*, California Superior Court for the County of Stanislaus, case number 9000481.

4. Judgment is entered on Travelers' second cause of action for declaratory relief and a declaration is hereby made that Travelers

owes no duty to indemnify Bambacigno against any damages sought in connection with the action entitled *Greg Opinski Construction, Inc. v. Bambacigno Steel Co., Inc.*, California Superior Court for the County of Stanislaus, case number 9000481.

5. Travelers' third cause of action for equitable reimbursement is hereby dismissed with prejudice.
6. Travelers, Bambacigno, and Opinski shall bear their own costs incurred in this action.
7. Pursuant to stipulation, Travelers, Bambacigno, and Opinski have no right to appeal this judgment.

IT IS SO ORDERED.

Dated: **February 16, 2021**

_____
UNITED STATES DISTRICT JUDGE

**STIPULATED FINAL JUDGMENT**